Georgia A. Staton, Bar #004863
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1752
Fax: (602) 200-7854
gstaton@jshfirm.com
rpatel@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendants Cochise County Community College District Governing Board, J.D. Rottweiler, Verlyn Fick, Wendy Davis, Cochise College

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| John Michael Kehoe and Robert Michael Kirk, <br><br>Plaintiff, <br><br>v. <br><br>Cochise County Community College District Governing Board, J.D. Rottweiler, Verlyn Fick, Wendy Davis, Cochise College, <br><br>Defendant. | NO. <br><br>**Notice of Removal** <br><br>(Assigned to the Honorable ) |

Defendants, Cochise County Community College District Governing Board, J.D. Rottweiler, Verlyn Fick, Wendy Davis, Cochise College having received a copy of Plaintiffs' complaint, hereby notices the removal of the above-captioned case, in the Superior Court for the State of Arizona, in the County of Cochise, Case No. S0200CV202000481 from the Superior Court of Arizona, in the County of Cochise, to this Court and in support thereof asserts:

This Court has jurisdiction pursuant to 28 U.S.C. §1331 (federal question). This action may be removed pursuant to 28. U.S.C. §1441(a) because Plaintiff John Michael Kehoe has asserted a claim under 29 U.S.C. §621 et. seq. – the Age Discrimination in Employment

Act. Plaintiff Kehoe has also asserted state law claims for Wrongful Termination, Age Discrimination A.R.S. §41-1463(B)(1) and (2), and Intentional Infliction of Emotional Distress. Plaintiff Robert Michael Kirk has asserted Wrongful Termination, Age Discrimination A.R.S. §41-1463(B)(1) and (2), and Intentional Infliction of Emotional Distress. This Court also has supplemental jurisdiction of those state law claims asserted since they are closely related to the federal claims asserted 28 U.S.C.§1367.

On or about November 15, 2020, Plaintiffs filed a First Amended Complaint against the Cochise County Community College District Governing Board, J.D. Rottweiler, Verlyn Fick, Wendy Davis and Cochise College ("Defendants"). A copy of the First Amended Complaint is attached as **Exhibit A**. The Defendants received a copy of the First Amended Complaint on November 16, 2020.

This Notice of Removal is being filed within 30 days after initial receipt of the First Amended State Court Complaint and is therefore timely filed under 28 U.S.C. §1446(b). Copies of all remaining pleadings currently on file with the Cochise County Superior Court are attached as **Exhibit B**.

A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as **Exhibit C,** has been filed in the Superior Court for the State of Arizona, in the County of Cochise, Case No. S0200CV202000481, on behalf of the Cochise County Community College District Governing Board, J.D. Rottweiler, Verlyn Fick, Wendy Davis, Cochise College.

DATED this 23 day of November 2020.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
Georgia A. Staton
Ravi V. Patel
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant Cochise County
Community College District Governing Board,
J.D. Rottweiler, Verlyn Fick, Wendy Davis,
Cochise College

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Lorraine Marques