# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Michael Kehoe, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>Cochise County Community College District,<br><br>  Defendant. | No. CV-20-00519-TUC-CKJ<br><br>**ORDER** |

Before the Court is the parties' Stipulation to Dismiss with Prejudice. (Doc. 37) Under the Federal Rules of Civil Procedure, the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Stipulation at hand meets these requirements.

**IT IS ORDERED:**

1. The parties' Stipulation to Dismiss with Prejudice (Doc. 37) is ADOPTED.
2. This case is DISMISSED WITH PREJUDICE.
3. The Clerk of Court is instructed to close this case.

Dated this 30th day of July, 2021.

_Cindy K. Jorgenson_
Honorable Cindy K. Jorgenson
United States District Judge